UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

ALFRED WAYNE HAWKS                                                                                    PLAINTIFF

v.                                                                              CIVIL ACTION NO. 3:10CV-169-S

JOHN DOES, et al.                                                                                    DEFENDANTS

## MEMORANDUM OPINION AND ORDER

This matter is before the court for consideration of the Report and Recommendation of the United States Magistrate Judge concerning the motion of the plaintiff, Alfred Wayne Hawks, *pro se*, for a preliminary injunction.

Hawks is incarcerated at the Kentucky State Reformatory serving a life sentence. Hawks suffers from hepatitis C viral infection with end-stage cirrhosis of the liver. There is no cure for these ailments. However, sometimes remission is attainable with antiviral treatment. This action was filed concerning the availability and provision of this treatment to Hawks.

Hawk's end-stage (F4) cirrhosis was diagnosed through a liver biopsy performed in the fall of 2009. At that time, Hawks' blood platelet count was low. In an attempt to raise the platelet count, a prerequisite to proceed with antiviral medications, it was suggested in December 2009 that Hawks receive a course of Neupogen injections. Hawks wished to proceed with this course of treatment.

Hawks filed a prison grievance in January, 2010 and filed this civil rights action in March of 2010 seeking, in part, to compel the Department of Corrections ("DOC") to provide him the suggested course of Neupogen injections.

This matter was referred to the United States Magistrate Judge for report and recommendation on Hawks' motion for a preliminary injunction to compel Neupogen treatments. The magistrate judge was provided little input from the DOC prior to filing his report. The DOC made a number of technical objections, and was then ordered by the magistrate judge to file a responsive pleading to the complaint. Hawks filed an amended complaint and the DOC filed an answer. It was not until after the magistrate filed his report recommending that the injunction be granted that medical records were filed in the record by the DOC and provided to Hawks. Both the DOC and Hawks have filed a number of additional briefs which were permitted by the court.

The court finds itself faced with a continually changing and significantly different landscape from that which was before the magistrate judge. The additional briefing and document production has now taken us five months past the filing of the magistrate's report. The most recent information concerning his treatment was provided by Hawks on November 19, 2010. He indicated that on Tuesday November 16, 2010, he received his prescribed Pegasys, Neupogen and Procrit injections, after a two-week delay. On December 8, 2010 after re-service and receipt of the DOC's compendium of medical records, Hawks again stated that although a prescription for Neupogen was written on January 14, 2010, "Hawks did not start any HCV treatment, inclusive of Neupogen until May 11, 2010. The documents are the best evidence and speak for themselves," (DN 44) and he requested that his motions be submitted for ruling. The DOC agreed in its answer that the medical records are the best evidence in the case and that the records speak for themselves. Although they speak for themselves, they do not always speak clearly.

The DOC contends that Hawks was untruthful with the court when he stated that he had not received Neupogen injections by February 9, 2010, immediately prior to his filing of this lawsuit.

The DOC contends that Hawks was prescribed and began receiving Neupogen injections on January 14, 2010. There are a number of items in the medical records, however, which appear to contradict this contention.

(1) Dr. Steven Shedlofsky, a consulting physician at the University of Kentucky Medical Center, reviewed the results of Hawks' October 2009 liver biopsy. On December 11, 2009 he stated in a progress note:

> We usually don't treat [hepatitis C] if the platelet count is <70K. But a strategy that might work with him is to start him on Neupogen 300 mcg/week or twice/wk, and see if this raises his platelet count, as well as his WBC and ANC.
>
> So, please check the above labs and get a quantitative HCV RNA and another CBC with diff. If the patient wants to try antiviral Rx, we can proceed after first giving him two weeks of Neupogen Rx. Let me know the results of the labs and whether patient is willing.

(2) The record indicate that on that same date, December 11, 2009, Hawks underwent a hemorrhoidectomy performed by Dr. Hart.

(3) On December 22, 2009, a progress note stated that "[Patient] spoke with HCV coordinator this AM and wish [sic] to try Neupogen injection to increase platelet count for further HCV treatment evaluation. Please inform IM of medication and injection times when the NF medication is available."

(4) A progress note dated January 5, 2010 signed by Roy Washington, a nurse practitioner at KSR, stated that "HCV with Satge [sic] F4 fibrosis request for Nuprogen [sic] *was denied*; will check CBC in Feb 2010. Pt may have low platelet count from bleeding hemorrhoids." [emphasis ours].

(5) A prescription for Neupogen was signed by Washington on January 14, 2010.

(6) A February 9, 2010 progress note stated "Pt in today for HCV f/u. He has not received neupogen injection and it is not in D12. Treatment room nurse will check at Med Central." Under "Assessment/Plans" at the conclusion of that same note, it reiterates "*awaiting Neupogen*; tx room nurse to check on medication." (emphasis ours).

(7) In a May 5, 2010 progress note, Dr. Shedlofsky stated that "Since inmate has had a surprising rapid development of cirrhosis between his liver biopsy on 10/24/2006 that showed only stage F1 fibrosis and his last bx on 10/3/2009, I think we should try to be aggressive in trying to eradicate his HCV. Although his platelets and ANCs have been low recently, he might do well if we start him on weekly Neupogen 300 mcg along with the PegIFN and ribavirin. I thought we were going to start his antiviral Rx back in December 2009. Apparently this was delayed because of hemorrhoid surgery. But I would now proceed with HCV Rx as soon as possible and would NOT recommend any de-ironing. His last ferritin was 109. Please let me know his exact start date.

(8) Prescriptions for Neupogen and Pegasys were signed by Washington on May 6, 2010.

The DOC has focused solely on a prescription for Neupogen signed by Nurse Practitioner Washington on January 14, 2010. The DOC makes the leap of faith that Hawks "was prescribed and *received* Neupogen injections beginning on January 14, 2010." (emphasis ours). In its objections to the magistrate judge's report, the DOC states that

> It is incorrect that Hawks "had not received Neupogen injections by February 9, 2010, since his first Neupogen prescription covered the period from January 14, 2010 through February 10, 2010, but neither counsel nor the Magistrate Judge realized that prior to the Report and Recommendation, as a result of the Plaintiff's falsification of his complaint and motions. The relevant medical records will be filed separately, under seal.

- 4 -

Exceptions (DN 29), p. 3. The DOC filed the medical records upon which it relies on October 6, 2010 (DN 33). The court finds nothing in those records to establish that the January 14, 2010 prescription was actually filled or injections begun before May of 2010. Further, the DOC did not include nor did it address the above-quoted progress notes in its filings.

In any event, at least in May of 2010 Hawks did receive Neupogen and other antiviral drugs. In June, 2010, Dr. Shedlofsky stated in a progress note that Hawks might further benefit from a regimen of a drug called Promacta. However, the record indicates that Glaxo-Smith-Kline, its manufacturer, would not approve its use "for HCV Rx support." 7/14/2010 Shedlofsky progress note. Thus the DOC could not obtain this drug.

In his amended complaint and his motion for injunctive relief, Hawks seeks "to be provided prescribed Neupogen Injections to raise his platelet level in order for him to receive available HCV treatment..." Amended Complaint, p. 20. As he has been receiving and currently receives these available treatments,[1] Hawks' demand for injunctive relief is moot and his motion for a preliminary injunction will be denied.[2]

Motions having been made and for the reasons set forth herein and the court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that

---

[1] Hawks made an additional demand for Promacta in a filing styled "Submission of New Facts for Extension of Injunction" filed on August 12, 2010. As explained herein, Promacta is not an available medication for HCV treatment.

[2] There are a number of other pending motions. Hawks' motions to be provided copies of medical records (Dns 31, 36) have been satisfied. Hawks' motions for injunction/notice of exhaustion (DN 18) and for ruling (DN 19) are also moot. Hawks' motion to strike the objections of the DOC to the magistrate judge's report is denied, as the report has been superseded by this memorandum opinion and order. The defendant, Dr. Scott Haas, has filed a motion for summary judgment (DN 45) which has not yet been fully briefed.

1.  The motion of the defendant, Alfred Wayne Hawks, to strike (DN 35) is **DENIED.**

2.  The motion of the defendant, Alfred Wayne Hawks, for a preliminary injunction (DN 5) is **DENIED AS MOOT.**

3.  The Report and Recommendation of the United States Magistrate Judge (DN 22) is **REJECTED**, and this Memorandum Opinion and Order shall constitute the ruling of the court.

4.  The motions of the defendant, Alfred Wayne Hawks, to be provided copies of medical records (Dns 31, 36) are **DENIED AS MOOT.**

5.  The motions of the defendant, Alfred Wayne Hawks, for injunction/notice of exhaustion (DN 18) and for ruling (DN 19) are **DENIED AS MOOT.**

**IT IS SO ORDERED.**